UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL SAUL,<br><br>            Plaintiff,<br><br>      v.<br><br>SEEKING ALPHA INC., *et al.*,<br><br>            Defendants. | Civil Action No. 23-1405 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon Defendant Seeking Alpha Inc.'s ("Defendant") Motion to Compel Arbitration and Stay the Action, or in the Alternative, to Transfer Venue. (ECF No. 11.) Plaintiff Michael Saul opposed (ECF No. 12), and Defendant replied (ECF No. 13). For the reasons set forth in the accompanying Memorandum Opinion,

**IT IS** on this 21st day of November 2023, **ORDERED** as follows:

1. Defendant's Motion (ECF No. 11) is **GRANTED** as to transfer but is otherwise **DENIED** as to arbitration.

2. The Clerk of the Court shall transfer this action to the United States District Court for the Southern District of New York.

3. The Clerk of the Court shall close this case insofar as it exists in the United States District Court for the District of New Jersey.

                                                                             /s/ Michael A. Shipp<br>
                                                                            **MICHAEL A. SHIPP**<br>
                                                                            **UNITED STATES DISTRICT JUDGE**