```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUL,

                Plaintiff,

-against-

SEEKING ALPHA INC.; JONATHAN LISS; HARRIET LEFTON; KAREN WEISSBURG; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),

                Defendants.

23 Civ. 10300 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 3, 2023, Defendant Seeking Alpha Inc. moved in the District of New Jersey to compel arbitration or, in the alternative, to transfer venue. ECF No. 11. The district court transferred this case to the Southern District of New York on November 21, 2023, denying Defendant's motion as to arbitration but noting that Defendant could refile the motion upon transfer. ECF No. 16 at 11; *see* ECF No. 17.

    Accordingly, by **December 22, 2023**, Defendant shall refile its motion to compel arbitration or inform the Court that it does not intend to refile the motion.

    SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge