```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUL,

                Plaintiff,

-against-

SEEKING ALPHA INC.; JONATHAN LISS; HARRIET LEFTON; KAREN WEISSBURG; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),

                Defendants.

23 Civ. 10300 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendants' Motion to Compel Arbitration and Dismiss or Stay the Action. ECF Nos. 21–25. Accordingly:

1. By **January 23, 2024**, Plaintiff shall file his opposition papers; and
2. By **February 6, 2024**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: December 26, 2023
         New York, New York

                                          ANALISA TORRES
                                        United States District Judge