```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/25/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUL,

                Plaintiff,

-against-

SEEKING ALPHA INC; JONATHAN LISS; HARRIET LEFTON; KAREN WEISSBERG; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),

                Defendants.

23 Civ. 10300 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 26, 2023, the Court set a revised briefing schedule for Defendants' motion to compel arbitration and dismiss or stay the action, ordering Plaintiff to file his opposition papers by January 23, 2024. ECF No. 26. That submission is now overdue.

    Accordingly, Plaintiff shall file his opposition papers by **January 30, 2024**. If Plaintiff fails to file his opposition papers by that date, the Court will consider Defendants' motion unopposed. The deadline for Defendants' reply is ADJOURNED to **February 13, 2024**.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge